UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERTA BRAFMAN, | No. 2:11-cv-01627-MCE-GGH |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| NATIONWIDE MUTUAL INSURANCE COMPANY & ITS AFFILIATES, | |
| Defendant. | |

The Court is in receipt of Plaintiff Roberta Brafman's Response (ECF No. 24) to this Court's Order to Show Cause ("OSC") (ECF No. 23) as to why this case should not be dismissed for failure to oppose Defendant Nationwide Mutual Insurance Company's Motion to Dismiss (ECF No. 19). The response submitted is insufficient and does not detail the necessary good cause for missing filing deadlines, especially given the fact counsel did not provide any explanation to the Court until the Court issued its own OSC. Counsel's multiple failures resulted in a waste of this Court's time and other resources.

1

1  Counsel is thus sanctioned in the amount of $250.  Since
2  Plaintiff should not be penalized for counsel's actions, however,
3  Defendant Nationwide Mutual Insurance Company's Motion to Dismiss
4  is hereby reset for hearing before this Court on February 23,
5  2011, at 2:00 p.m.  Further failure to file an opposition or
6  statement of non-opposition in accordance with Eastern District
7  of California Local Rules will result in dismissal of this action
8  without further notice to the parties.
9       IT IS SO ORDERED.

Dated: January 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE