UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERTA BRAFMAN,  No. 2:11-cv-01627-MCE-GGH

    Plaintiff,

  v.  MEMORANDUM AND ORDER

NATIONWIDE MUTUAL INSURANCE
COMPANY & ITS AFFILIATES,

    Defendant.

----oo0oo----

The Court is in receipt of the February 7, 2012, Motion to Vacate Court's Order and for New Hearing on Motion to Dismiss (ECF No. 26) filed by Plaintiff's counsel ("Counsel"). By its January 31, 2012, Order, this Court had sanctioned counsel in the amount of $250 and re-set the hearing on Defendant Nationwide Mutual Insurance Company's ("Defendant") Motion to Dismiss for 2:00 p.m. on Thursday, February 23, 2012.

///
///
///
///

1

Counsel now seeks to vacate that Order and to continue the hearing to the week of April 23, 2012.[1]  Good cause having been shown, Counsel's request to continue the hearing is GRANTED, and the February 23, 2012, hearing on Defendant's Motion to Dismiss is VACATED and CONTINUED to Thursday, May 3, 2012, at 2:00 p.m. in Courtroom 7.  In addition, the Court's January 31, 2012 imposition of sanctions is hereby VACATED.

   IT IS SO ORDERED.

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The moving papers refer to the Court's "January 13, 2012," Order.  The Court did not issue an order on January 13, and the Court therefore construes Counsel's Motion to be directed at the Order issued on January 31.