UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERTA BRAFMAN,  No. 2:11-cv-01627-MCE-GGH

      Plaintiff,

  v.  MEMORANDUM AND ORDER

NATIONWIDE MUTUAL INSURANCE
COMPANY & ITS AFFILIATES,

      Defendant.

----oo0oo----

Currently pending before the Court is Defendant Nationwide Mutual Insurance Company's ("Defendant") Motion to Dismiss (ECF No. 19), which was filed on December 6, 2011. This matter was originally set for hearing on January 12, 2012. Plaintiff failed to file an opposition or statement of non-opposition to that Motion as required by Eastern District of California Local Rule 230(c), however, and this Court consequently vacated the January 12 hearing date and issued an Order to Show Cause ("OSC") to Plaintiff as to why this action should not be dismissed.
///

1

1    Plaintiff's counsel ("Counsel") filed a response to the OSC
2 on January 13, 2012, and, on February 1, 2012, this Court issued
3 an Order holding that Counsel's response was insufficient but
4 declining to penalize Plaintiff for her Counsel's failures.
5 Accordingly, the Court ordered Counsel to pay sanctions in the
6 amount of $250, but rescheduled the hearing on Defendant's Motion
7 before this Court to 2:00 p.m. on Thursday, February 23, 2012.
8 The Court also made very clear that "[f]urther failure to file an
9 opposition or statement of non-opposition in accordance with
10 Eastern District of California Local Rules [would] result in
11 dismissal of this action without further notice to the parties."
12 Order, 2:5-8.
13    Counsel subsequently filed a Motion to Vacate the Court's
14 Order and to continue the hearing date to the end of April.
15 Counsel provided additional detail as to why he had not properly
16 opposed Defendant's Motion prior to the original hearing date as
17 well as information as to why Counsel was unable, before April,
18 to properly address the Motion on behalf of his client.  Upon
19 review of Counsel's Motion to Vacate, the Court did vacate its
20 entry of sanctions against Counsel and continued this matter for
21 hearing on the Court's regular May 3, 2012, calendar.
22    Based on this new hearing date, Plaintiff's opposition or
23 statement of non-opposition to Defendant's Motion was due on
24 Thursday, April 19, 2012.  See E.D. Cal. Local Rule 230(c).
25 Despite this Court's leniency with Plaintiff and her Counsel as
26 described above, and despite the Court's clear warning in its
27 February 1, 2012, Order, Plaintiff again failed to file any
28 response to the Motion.

2

Accordingly, this action is now DISMISSED with prejudice.  Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.  Defendant's Motion to Dismiss (ECF No. 19) is DENIED as moot.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE